LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
P.O. Box 14647
Scottsdale, AZ 85267-4647

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| GREEN-ANDREWS, TERRY ANN | Case No: 11-29036 RTB |
| Debtor(s) | **TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT** |

LAWRENCE J. WARFIELD, Trustee of the above-captioned estate, pursuant to Bankruptcy Rule 4003(b), objects to the exemptions claimed by Debtor, as shown on Debtor's Schedule C - Schedule of Exempt Property, of the following property:

**1063 N. Brooke Avenue, Williams, AZ          $70,000.00**

As grounds for objection, the Trustee asserts as follows:

1. Debtor filed a Voluntary Chapter 7 Petition on October 14, 2011 ("the Filing Date").

2. Debtor claims an exemption under A.R.S. §33-1101(A) for Residential Real Estate located at 1063 N. Brooke Avenue, Williams, AZ ("The Williams Property") that is not her primary residence. The "homestead exemption" is intended for use on a debtor's primary residence, and clearly states that the exemption is for *a residence in which the person resides.*

3. Although Debtor lists the Williams property as her residence on Schedule A, the Debtor's vehicle registrations identify an address a mailing address of PO Box 1294, Lake Havasu City, AZ.

4. Debtor's bank statements identify an address of 2019 Mimosa Drive, Lake Havasu City, AZ.

5. Debtor's home owner's insurance policy statement identifies an address of 2019 Mimosa Drive, Lake Havasu City, AZ.

6.  Debtor's IRA statement identifies an address of 2019 Mimosa Drive, Lake Havasu City, AZ.

7.  Trustee contends that the Williams property is a summer home/vacation/weekend getaway, while debtor actually resides in Lake Havasu City.

The Trustee requests that after proper notice, an order be entered denying the above-claimed exemption of the Mormon Lake Property.

November 18, 2011  /s/ *Lawrence J. Warfield*
DATE  LAWRENCE J. WARFIELD, Trustee

COPIES of the foregoing mailed this
18th day of November, 2011, to:

GREEN-ANDREWS, TERRY ANN
PO BOX 103
WILLIAMS, AZ 86046
*Debtor(s)*

MICHAEL REDDIG
P.O. BOX 22143
FLAGSTAFF, AZ 86002
*Attorney for Debtor(s)*

By: /s/ *April L. Jordan*
    April L. Jordan

## NOTICE OF OBJECTION TO CLAIMED EXEMPTIONS

The Trustee has filed the above objection to the exemptions claimed by the debtor.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to sustain the Trustee's objection to the claimed exemptions and disallow them or if you want the court to consider your views on the Trustee's objection, then on or before <u>21 days from the date of mailing of this Notice</u>, you or your attorney must file with the court a written response requesting a hearing on the Trustee's objection.

| **LOCATION** | **MAILING ADDRESS** |
|---|---|
| (To file in person) | (To file by mail) |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| 230 N. First Avenue, Suite 101 | 230 N. First Avenue, Suite 101 |
| Phoenix, AZ 85003 | Phoenix, AZ 85003-1706 |

If you mail your response to the court, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to the Trustee at:

<u>Lawrence J. Warfield, CPA</u>

<u>P.O. Box 14647</u>

<u>Scottsdale, AZ 85267</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the Trustee's objection and may enter an order that sustains the Trustee's objection and disallows those exemptions to which the Trustee has objected.