SO ORDERED.

Dated: February 8, 2012



**Redfield T. Baum, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| TERR ANN GREEN-ANDREWS | Case No. 2:11-bk-29036-RTBP |
| Debtor. | **ORDER GRANTING APPLICATION FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004** |

The Chapter 7 Trustee's *Application for Examination Pursuant to Fed. R. Bankr. P. 2004* [Doc. 25] (the "Application") having been submitted to the Court, and good cause appearing,

**IT IS HEREBY ORDERED** that the Debtors are required to provide the documents detailed in Exhibit "A" to the Application by February 17, 2012; and

**IT IS FURTHER ORDERED** that the Debtors are required to appear in person for an oral examination on a date and time agreeable to the parties or, if upon notice, after not less than 20 days' notice.

**ORDER SIGNED ABOVE**