9-25-2012

Dear Mr. Rettig

    This is to inform you of my new mailing address.
My new address is P.O. Box 1294
Lake Havasu City, AZ 86405.  My fax line is still (928) 855-9339.
    Please forward the final discharge of my bankruptcy to the address above.

Thank you,

Terry Green Andrews
Case 2;11-BK-29036-RTBP

FILED
OCT - 4 2012
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

I've been trying to fax this letter since Sept 25. Do you have a new fax number?